DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. McPherson<br><br>Case below:<br>158 N.C. App. 745 | No. 380P03 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA02-1187) | Denied |
| State v. Meadows<br><br>Case below:<br>158 N.C. App. 390 | No. 372P03 | 1. Def's NOA Based Upon a Constitutional Question (COA02-734)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br><br>3. Allowed |
| State v. Meyer<br><br>Case below:<br>Cumberland County<br>Superior Court | No. 379A95-4 | Def's PWC to Review the Order of the Superior Court | Denied<br>**Orr, J. recused** |
| State v. Miller<br><br>Case below:<br>159 N.C. App. 608 | No. 438A03 | 1. AG's Motion for Temporary Stay (COA02-589)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's NOA Based Upon a Dissent | 1. Allowed<br>**08/20/03**<br><br>2. Allowed<br><br>3. —— |
| State v. Muhammad<br><br>Case below:<br>157 N.C. App. 575 | No. 303P03 | 1. Def's NOA Based Upon a Constitutional Question (COA02-1052)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed ex mero motu<br><br>2. Denied |
| State v. Muldrow<br><br>Case below:<br>150 N.C. App. 440 | No. 195P03 | Def's PWC to Review the Decision of the COA (COA01-1082) | Denied |
| State v. Murphy<br><br>Case below:<br>157 N.C. App. 718 | No. 321P03 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA02-1130) | Denied |
| State v. Murray<br><br>Case below:<br>154 N.C. App. 631 | No. 337P03 | Def's PWC to Review the Decision of the COA (COA02-157) | Denied |
| State v. O'Neal<br><br>Case below:<br>157 N.C. App. 365 | No. 265P03 | 1. Def's NOA Based Upon a Constitutional Question (COA02-532)<br><br>2. AG's Motion to Dismiss Appeal for Lack of Substantial Constitutional Question<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br><br>3. Denied |